1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9

MICHAEL D. HESS,                    )        1:07-cv-00881 GSA

10                                  )
                                    )        ORDER EXTENDING TIME TO FILE
11                                  )        PLAINTIFF'S OPENING BRIEF
                                    )
12                Plaintiff,        )        (Document 18)
                                    )
13                                  )
          vs.                       )
14                                  )
MICHAEL J. ASTRUE, Commissioner,    )
15                                  )
16                Defendant.        )
_____)
17
          Pursuant to the parties' stipulation filed on February 11, 2008, Plaintiff is GRANTED an
18
extension of time to February 20, 2008, to file his opening brief.  Defendant's responsive brief shall
19
be due on or before March 21, 2008.  Plaintiff's reply brief shall be due 15 days thereafter.
20

21

22

23

24
          IT IS SO ORDERED.
25
          Dated:   **February 12, 2008**          _____/s/ **Gary S. Austin**_____
26                                                 UNITED STATES MAGISTRATE JUDGE

27

28
                                            1